**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JOHN J. SISK, on behalf of plaintiff and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUIDANT CORPORATION, RONALD W. DOLLENS, KEITH E. BRAUER, GUIDO J. NEELS, BEVERLY H. LORELL, RONALD N. SPULDING, J. FREDERICK MCCOY, JR., and WILLIAM F. MCCONNELL, JR.,<br><br>Defendants. | ) | Civil Action No. 1:05-CV-1658-SEB-TAB<br><br>Judge Sarah Evans Barker |
| YAKOV BLYAKHMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUIDANT CORPORATION, RONALD W. DOLLENS, KEITH E. BRAUER, GUIDO J. NEELS, BEVERLY H. LORELL, RONALD N. SPAULDING, WILLIAM F. MCCONNELL, JR., and PETER J. MARIANIA, ,<br><br>Defendants. | ) | Civil Action No. 1:05-CV-1774-LJM-TAB<br><br>Judge Larry J. McKinney |

[Captions continued on next page]

**NOTICE OF MOTION AND MOTION OF QVT FINANCIAL LP TO CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S <u>SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL</u>**

| | |
|---|---|
| IRON WORKERS OF WESTERN PENNSYLVANIA PENSION PLAN, of behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUIDANT CORPORATION, RONALD W. DOLLENS, JAMES M. CORNELIUS, KEITH E. BRAUER, GUIDO J. NEELS, JOHN B. KING, BEVERLY H. LORELL, ROGER MARCHETTI, WILLIAM F. MCCONNELL, JR., and RONALD N. SPAULDING,<br><br>Defendants. | Civil Action No. 1:05-CV-1792-RLY-TAB<br><br>Judge Richard L. Young |
| DAVID PALAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GUIDANT CORPORATION, RONALD W. DOLLENS, GUIDO J. NEELS, and KEITH E. BRAUER,<br><br>Defendants. | Civil Action No. 1:05-CV-1910-DFH-TAB<br><br>Judge David Frank Hamilton |

[Captions continued on next page]

| | | |
|---|---|---|
| DAVID J. FANNON, on behalf of plaintiff and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) | Civil Action No. 1:06-CV-0007-LJM-WTL |
| v. | ) ) ) | Judge Larry J. McKinney |
| GUIDANT CORPORATION, RONALD W. DOLLENS, KEITH E. BRAUER, GUIDO J. NEELS, BEVERLY H. LORELL, RONALD N. SPAULDING, J. FREDERICK MCCOY JR., and WILLIAM F. MCCONNELL JR., | ) ) ) ) ) ) | |
| Defendants. | ) | |

PLEASE TAKE NOTICE that class member QVT Financial LP, with approval by its general partner QVT Financial GP LLC ("Movant") by its counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating for all purposes the above-captioned related actions pursuant to Fed. R. Civ. P. 42(a); (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of the law firm of Schiffrin & Barroway, LLP to serve as Lead Counsel; (iv) approving Movant's selection of the law firm of Cohen & Malad, LLP to serve as Liaison Counsel; and (v) granting such other and further relief as the Court may deem just and proper.

Dated: January 3, 2006

Respectfully submitted,

**COHEN & MALAD, LLP**

By: /s/ Scott D. Gilchrist
Scott D. Gilchrist

Irwin B. Levin
Richard E. Shevitz
Scott D. Gilchrist
One Indiana Square
Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
sgilchrist@cohenandmalad.com

**Proposed Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**
Richard S. Schiffrin
Stuart L. Berman
Darren J. Check
Sean M. Handler
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

Facsimile: (610) 667-7056

**Proposed Lead Counsel**